Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff ANTHONY BOUYER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VANOWEN LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-04321-PSG-GJS<br><br>Hon. Phillip S. Gutierrez<br><br>**PLAINTIFFS' NOTICE OF ERRATA AND WITHDRAWAL RE: RESPONSE TO OSC** |

1

PLAINTIFFS' NOTICE OF ERRATA AND WITHDRAWAL

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff ANTHONY BOUYER, an individual, files this Notice of Errata and Correction. Plaintiff is hereby correcting the prior papers filed and/or withdrawing the following: PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, Docket 15.

In the prior response (*Dkt.* 15), Space Box LLC was incorrectly identified as a party to this action. Space Box LLC is not a party to this action and no settlement has been reached with Space Box LLC.

Plaintiff respectfully requests that the Court accept the filing of his concurrently re-filed PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION which correctly identifies Vanowen LLC as a party to this action.

DATED: July 14, 2020	Respectfully submitted,

MANNING LAW, APC


By: */s/ Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorneys for Plaintiff
Anthony Bouyer

2
PLAINTIFFS' NOTICE OF ERRATA AND WITHDRAWAL

Simple.
a

# **CERTIFICATE OF SERVICE**

I certify that on July 14, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: July 14, 2020                    **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
Joseph R. Manning, Jr., Esq.
Attorney for Plaintiff,
Anthony Bouyer