Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff ANTHONY BOUYER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> VANOWEN LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-04321-PSG-GJS <br><br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

**TO THE COURT OF THE ABOVE-ENTITLED CASE AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

On July 6, 2020 the Court issued an Order to Show Cause Re Dismissal For Lack of Prosecution.

PLEASE TAKE NOTICE that Plaintiff ANTHONY BOUYER has settled the above-captioned matter with Defendant VANOWEN LLC. This settlement will resolve the above-captioned matter in its entirety and with prejudice. The Parties are in the process of finalizing a settlement agreement and anticipate filing a Dismissal within the next forty-five (45) days.

In consideration of this settlement and with the intentions of preserving both the Court's resources and the Parties' respective resources, Plaintiff respectfully requests that the Court discharge the Order to Show Cause pending the Parties filing of a Dismissal.

Dated: July 14, 2020         **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr., Esq.*
    Joseph R. Manning Jr., Esq.
    Attorneys for Plaintiff
    Anthony Bouyer

## **CERTIFICATE OF SERVICE**

I certify that on July 14, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: July 14, 2020                                  **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
      Joseph R. Manning, Jr. Esq.
      Attorneys for Plaintiff,
      Anthony Bouyer