UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-4321 PSG (GJSx) | Date | August 10, 2020 |
|---|---|---|---|
| Title | Anthony Bouyer v. Space Box, LLC et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order CONTINUING the Order to Show Cause

On July 6, 2020 this Court ordered Plaintiff Anthony Bouyer ("Plaintiff") to show cause in writing why the action should not be dismissed for lack of prosecution. *See* Dkt. # 14. Plaintiff timely filed a response, stating that the parties are in the process of finalizing a settlement agreement that would resolve the action, and Plaintiff anticipates filing a notice of dismissal within the next forty-five days. *See* Dkt. # 17.

Accordingly, the time to respond to the order to show cause is **CONTINUED** to **August 27, 2020**.

**IT IS SO ORDERED**.