1  Joseph R. Manning, Jr. (SBN 223381)
   ADAPracticeGroup@manninglawoffice.com
2  **MANNING LAW, APC**
   20062 SW Birch Street
3  Newport Beach, CA 92660
   Tel: 949.200.8755
4  Fax: 866.843.8308

5  *Attorneys for Plaintiff*

6  ANTHONY BOUYER

7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPACE BOX, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-04321-PSG-GJS<br><br>Hon. Philip S. Gutierrez<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: May 13, 2020<br>Trial Date: None |
|---|---|

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : September 9, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
 Joseph R. Manning, Jr.
 Attorney for Plaintiff
 Anthony Bouyer

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE