| | |
|---|---|
| 1 | Joseph R. Manning, Jr. (SBN 223381) |
| 2 | ADAPracticeGroup@manninglawoffice.com<br>**MANNING LAW, APC** |
| 3 | 20062 SW Birch Street<br>Newport Beach, CA 92660 |
| 4 | Tel: 949.200.8755<br>Fax: 866.843.8308 |
| 5 | *Attorneys for Plaintiff* |
| 6 | ANTHONY BOUYER |

FILED
CLERK, U.S. DISTRICT COURT

9/11/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VANOWEN LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-04321-PSG-GJS<br><br>Hon. Philip S. Gutierrez<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** ;<br>  ORDER<br>Complaint Filed: May 31, 2020<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : September 10, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorney for Plaintiff
Anthony Bouyer

**IT IS SO ORDERED.**

DATED: 9/11/2020

**U.S. DISTRICT JUDGE**